522

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS DONNELLY, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Kenneth C. Krause* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur Timins* for the respondent.

September 30, 1969. Denied.